1 GARY S. MOBLEY, P.C. (SBN 71984)
CASE, KNOWLSON & JORDAN LLP
2 620 Newport Center Dr., Suite 280
Newport Beach, CA 92660
3 (949) 729-0700
(949) 729-0729 (fax)
4 Email: gmobley@ckjlaw.com

5 Attorneys for Plaintiff
COMMUNITY REDEVELOPMENT
6 ASSOCIATION, LLC dba LIBERTY
MEDIA GROUP

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

WESTERN DIVISION

| | |
|---|---|
| COMMUNITY REDEVELOPMENT ASSOCIATION, LLC dba LIBERTY MEDIA GROUP,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | Case No. 06-CV-03414-SVW-FFM<br><br>[PROPOSED] ORDER TO DISMISS ACTION WITHOUT PREJUDICE |

Having reviewed the papers and stipulation submitted by the parties and good cause otherwise appearing therefor,

IT IS HEREBY ORDERED that:

1. The within action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41; and

2. Each party shall bear its own costs and fees.

DATED: October 22, 2010

Frederick F. Mumm, Judge STEPHEN V. WILSON
United States District Court

-1-